NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES F. BARRON,                      )
                                      )
        Appellant,                    )
                                      )
v.                                    )        Case No. 2D17-1862
                                      )
STATE OF FLORIDA,                     )
                                      )
        Appellee.                     )
_____)

Opinion filed February 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Kim Campbell, Judge.

James F. Barron, pro se.


PER CURIAM.


        Affirmed.



LaROSE, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.